IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOMINIC SANCHEZ, *aka*
DOMINIC LUCERO-SANCHEZ

    Plaintiff,

v.                                                                                          No. 24-cv-0474-MV-KBM

ALISHA TAFOYA, *et al*,

    Defendants.

## ORDER EXTENDING CURE DEADLINE

This matter comes before the Court on Plaintiff's Letter-Update Regarding Case Progress (Doc. 4) (Letter). Plaintiff is incarcerated and proceeding *pro se*. The Court previously directed him to pay the $405 civil filing fee, or alternatively, file a properly supported motion to proceed *in forma pauperis* by October 16, 2024. *See* Doc. 3 (Cure Order). In the instant Letter, Plaintiff seeks advice on the next steps in this case and provides notice of his new address. The Court liberally construes the Letter as a request to extend the cure deadline, either because Plaintiff did not receive the original Cure Order or because he did not have time to comply. The Court will extend the cure deadline through January 3, 2025. The failure to timely comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that to the extent the Letter-Update Regarding Case Progress (**Doc. 4**) requests an extension of the cure deadline, such request is **GRANTED**; and by **January 3, 2025**, Plaintiff must prepay the $405 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement.

_____
UNITED STATES MAGISTRATE JUDGE